# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2042
Lower Tribunal No. 2020-CA-003678-0001-XX

_____

BYRON DONALDS,

Appellant,

v.

CASEY ASKAR,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

June 11, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


Alan Perlman, of Dickinson Wright, PLLC, Fort Lauderdale, for Appellant.

Anthony M. Lawhon, of Lawhon Goggin, LLP, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED